**TULLIO DeLUCA**
ATTORNEY-AT-LAW
381 N. 9ᵀᴴ STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

August 19, 2016

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

       In Re: **Robert and Maria Spence**
              Chapter 13   Case No. 5-11-04299

Dear Sir/Madam:

      I have received returned mail for HOME DEPOT BANKRUPTCY DEPT ,a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was : PO BOX 20483 KANSAS CITY, MO 64915. Please be advised the correct information is as follows:

                  **HOME DEPOT CREDIT SREVICES**
                  **PO BOX 790328**
                  **ST. LOUIS, MO 63179**

I served the Order of Discharge to the above address on August 20, 2016.Please correct the mailing matrix. Thank you for assistance in this matter.

                  Very truly yours,


                  /s/ Tullio DeLuca, Esquire

TD/th