```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                           Case No. 11-04299-RNO
Robert L. Spence                                                 Chapter 13
Maria Spence
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: DDunbar           Page 1 of 1           Date Rcvd: Sep 12, 2016
                              Form ID: fnldec         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2016.
db/jdb         +Robert L. Spence,    Maria Spence,    1068 State Road,    Effort, PA 18330-8001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Margaret Gairo    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mwc-law.com
              Tullio DeLuca    on behalf of Joint Debtor Maria  Spence tullio.deluca@verizon.net
              Tullio DeLuca    on behalf of Debtor Robert L. Spence tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Robert L. Spence<br>aka Robert Spence, aka Robert Spence Jr., aka Robert L. Spence Jr.<br>1068 State Road<br>Effort, PA 18330<br><br>Maria Spence<br>aka Maria P. Spence, aka Maria Parisi Spence<br>1068 State Road<br>Effort, PA 18330<br><br>Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):<br>xxx−xx−2340<br>xxx−xx−3741 | Chapter 13<br>Case No. 5:11−bk−04299−RNO |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: September 12, 2016

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk